# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL DOTY,
Appellant,
vs.
TONYA DUBIN,
Respondent.

No. 73033

**FILED**

JUL 11 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order of the district court directing the parties to use an online service to communicate regarding their children. Eighth Judicial District Court, Family Court Division, Clark County; Denise L. Gentile, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule authorizes an appeal from such an order. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). We therefore lack jurisdiction to consider this appeal and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1] In light of this disposition, appellant's letter filed June 5, 2017, which we construe as a *motion to dismiss*, is denied as moot.

17-22892

cc:    Hon. Denise L. Gentile, District Judge, Family Court Division
Michael Doty
Tonya Dubin
Eighth District Court Clerk